# WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

150 E. 42nd Street, New York, New York 10017   Tel: (212) 490-3000   Fax: (212) 490-3038

Albany ●Baltimore ●Boston ●Chicago ●Dallas ●Garden City ●Houston ●Las Vegas ●London ●Los Angeles ●McLean
Miami ●Newark ●New York ●Orlando ●Philadelphia ●San Diego ●San Francisco ●Stamford ●Washington, DC ●White Plains
Affiliates:  Berlin ●Cologne ●Frankfurt ●Mexico City ● Munich ●Paris
—
www.wilsonelser.com

April 3, 2009

**Via E-filing only**
Hon. Stanley R. Chesler, U.S.D.J.
Frank R. Lautenberg U.S.P.O. & Courthouse
Room 417
P.O. Box 999
Newark, NJ 07101-0999

>       Re:     **Insurance Services Office, Inc. v. Cosentini Associates, Inc.**
>               **Docket No.:**        2:05-cv-01927
>               **Venue:**             U.S. District Court – District of New Jersey
>               **Our File No.:**      00873.01827

Dear Judge Chesler:

      This office represents Defendant Cosentini Associates, Inc. in the above-entitled matter.

      Enclosed please a proposed charge on the duty to mitigate.

      Should your Honor have any questions, please feel free to call.  Thank you for your Honor's courtesies in this regard.

>       Respectfully submitted,
>       WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
>
>       /s/ Glenn Fuerth
>
>       Glenn J. Fuerth

SL/ns
Enclosures
cc:    Francis Kirk (w encl.)

843482.1